1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. MJ24-216 |
| v. | **DETENTION ORDER** |
| DIONICIO LIZANDRO SANCHEZ-MISACANGO, | |
| Defendant. | |

13

14

15

16

17

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142 (e) and (f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

18

19

20

21

22

23

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has been charged by complaint reentry of removed alien. He is not a citizen of the United States, and it appears defendant has made multiple unlawful entries into the United States. Defendant has prior criminal conviction for conspiracy to distribute heroin with special conditions of supervision. Defendant has association with aliases and ties to a foreign country. Defendant is viewed as a risk of danger based on a pattern of similar conduct. The

DETENTION ORDER - 1

1   Court received information about defendant's personal history, residence, family or community

2   ties, employment history, financial status, health, and substance use.  The defendant through his

3   attorney made argument as to release, lodged no objections to the contents of the United States

4   Probation and Pretrial report.

5         It is therefore **ORDERED**:

6         (1)      Defendant shall be detained pending trial and committed to the custody of the

7   Attorney General for confinement in a correctional facility separate, to the extent practicable,

8   from persons awaiting or serving sentences, or being held in custody pending appeal;

9         (2)      Defendant shall be afforded reasonable opportunity for private consultation with

10   counsel;

11         (3)      On order of a court of the United States or on request of an attorney for the

12   Government, the person in charge of the correctional facility in which Defendant is confined

13   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

14   connection with a court proceeding; and

15         (4)      The Clerk shall direct copies of this order to counsel for the United States, to

16   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

17   Officer.

18         DATED this 18th day of April, 2024.

19

20                                              PAULA L. MCCANDLIS
                                              United States Magistrate Judge

21

22

23

DETENTION ORDER - 2