The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR 24-0074 JNW |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION TO RESET SENTENCING DATE |
| DINONICIO LIZANDRO SANCHEZ-MISACANGO, | ) |
| Defendant. | ) |

This matter comes before the Court on the motion of DINONICIO LIZANDRO SANCHEZ-MISACANGO to reset the sentencing date from September 5, 2024 to August 8, 2024. The parties have informed the Court that the Government recommendation for Mr. Sanchez is to a custodial sentence of no more than six months. However, by the currently scheduled sentencing date of September 5, 2024, Sanchez will have already served the equivalent time of 6 months. Therefore, the Court finds good cause for the request and the sentencing for Mr. Sanchez is therefore reset to August 8, 2024.

DONE this 17th day of June 2024.

Jamal N. Whitehead

ORDER TO RESET SENTENCING
(*US v. Sanchez*; CR24-0074 JNW) - 1

|   |   |
|---|---|
|   | United States District Judge |

Presented by:

s/ *Nicholas J. Vitek*
Attorney for the Defendant

ORDER TO RESET SENTENCING
(*US v. Sanchez*; CR24-0074 JNW) - 2